THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT L. TARANOW, Appellant

Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.